## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

AMY ELIZABETH BARNES,      )
                                    )
      Plaintiff,             )
                                    )
                                    )
v.                           )   CIVIL ACTION
                                    )   NO. 1:11-CV-3606-TCB
PUBLIX SUPER MARKETS, INC., *et*   )
*al.*,                             )
                                    )
      Defendants.       )
                                    )

## NOTICE OF APPEARANCE

Homer L. Deakins, Jr. hereby gives notice of his appearance as counsel of record for Defendant Publix Super Markets, Inc.  Mr. Deakins joins Mr. Eckard as co-counsel for Defendant, and Mr. Eckard will remain lead counsel for Defendant.

Respectfully submitted this 9th day of April 2013.

                                      s/ *Homer L. Deakins, Jr.*
                                        Homer L. Deakins, Jr.
                                        Georgia Bar No. 214300
                                        OGLETREE, DEAKINS, NASH, SMOAK
                                            & STEWART, P.C.
                                        191 Peachtree Street, N.E.
                                        Suite 4800
                                        Atlanta, Georgia 30303
                                        Telephone:  404.881.1300
                                        Fax:  404.870.1732
                                        Email:  homer.deakins@ogletreedeakins.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with

the Clerk of Court using the CM/ECF system, which will send notification of the

filing to the following *pro se* plaintiff:

Amy Elizabeth Barnes
Plaintiff *Pro Se*
886 Wanda Circle, S.W.
Marietta, Georgia 30008

This 9th day of April 2013.

s/*Homer L. Deakins, Jr.*

2