IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMY ELIZABETH BARNES,           )
                                )
          Plaintiff,            )
                                )        CIVIL ACTION FILE
v.                              )
                                )        NUMBER 1:11-cv-3606-TCB
PUBLIX SUPER MARKETS, INC.,     )
                                )
          Defendant.            )

<u>O R D E R</u>

Before the Court is Plaintiff Amy Elizabeth Barnes's motion for an extension of time to file the proposed consolidated pretrial order [39].  For good cause shown, the motion [39] is GRANTED.  Although Defendant Publix Supermarkets, Inc. has already filed its proposed pretrial order, the parties shall file a complete consolidated pretrial order on or before April 29, 2013.  No further extensions will be granted.

IT IS SO ORDERED this 23rd day of April, 2013.

_____
**Timothy C. Batten, Sr.**
**United States District Judge**