IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMY ELIZABETH BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NUMBER 1:11-cv-3606-TCB |
| PUBLIX SUPER MARKETS, INC., ) | |
| ) | |
| Defendant. ) | |

O R D E R

Before the Court is Plaintiff Amy Elizabeth Barnes's motion for an extension of time to file the proposed consolidated pretrial order [39]. For good cause shown, the motion [39] is GRANTED. Although Defendant Publix Supermarkets, Inc. has already filed its proposed pretrial order, the parties shall file a complete consolidated pretrial order on or before April 29, 2013. No further extensions will be granted.

IT IS SO ORDERED this 23rd day of April, 2013.

_____
Timothy C. Batten, Sr.
United States District Judge