**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| AMY ELIZABETH BARNES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) NO. 1:11-CV-3606-TCB |
| PUBLIX SUPER MARKETS, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Amy Elizabeth Barnes and Defendant Publix Super Markets, Inc.

hereby file this Stipulation of Dismissal with Prejudice pursuant to Rule

41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Plaintiff and Defendants hereby stipulate to dismissal of the above-captioned

case **with prejudice**.

This 29th day of April 2013.

| | |
|---|---|
| _Amy Elizabeth Barnes_ (signature) | **s/Michael Oliver Eckard** |
| Amy Elizabeth Barnes | Michael Oliver Eckard |
| Plaintiff *pro se* | Georgia Bar No. 238550 |
| 886 Wanda Circle, S.W. | michael.eckard@ogletreedeakins.com |
| Marietta, Georgia 30008 | OGLETREE, DEAKINS, NASH, |
| | SMOAK & STEWART, P.C. |

191 Peachtree Street, N.E
Suite 4800
Atlanta, Georgia 30303
(404) 881-1300
(404) 870-1732 – Facsimile

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| AMY ELIZABETH BARNES,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 1:11-CV-3606-TCB<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system, and that a copy of the same was served upon the following party via U.S. Mail:

Amy Elizabeth Barnes
Plaintiff *Pro Se*
886 Wanda Circle, S.W.
Marietta, Georgia 30008

This 29th day of April 2013.

s/Michael Oliver Eckard
Michael Oliver Eckard
Georgia Bar No. 238550
Counsel for Defendants